**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 26-cv-20612-BLOOM/Elfenbein**

MARIE CHRISTINE ROBERT EXANTUS,

Plaintiff,

v.

U.S. DEPARTMENT OF HOMELAND, SECURITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; JOSEPH EDLOW, in his official capacity as Director of U.S. Citizenship and Immigration Services; and VARSENIK PAPAZIAN, in her official capacity as Director of the USCIS Miami Asylum Office,

Defendants.
___________________________________________/

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

**THIS CAUSE** is before the Court upon the Notice of Voluntary Dismissal, ECF No. [18] ("Notice"). The Court has carefully reviewed the Notice, the record in this case, and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice, **ECF No. [18]**, is **APPROVED** and **ADOPTED**;
2. The above-styled case is **DISMISSED WITHOUT PREJUDICE;**
3. Each party shall bear its own attorneys' fees and costs;
4. To the extent not otherwise disposed of, all pending motions are **DENIED AS MOOT** and all deadlines are **TERMINATED**;
5. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 9, 2026.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record